Don A. Hernandez (SBN 125119)
Kristin L. Petersen (SBN 283805)
GONZALEZ SAGGIO & HARLAN, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA 91101
Telephone: (626)440-0022
Facsimile: (626)628-1725
Don_Hernandez@gshllp.com

E-FILED 5/9/14

JS-6

Attorneys for Plaintiff,
Christ Center of Divine Philosophy, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Christ Center of Divine Philosophy, Inc. an Oklahoma corporation;<br><br>   Plaintiff,<br><br>   vs.<br><br>Dr. Bhagat Singh Thind Spiritual Science Foundation, a California entity; David Bhagat Thind, an individual; and Justin Thind, an individual.<br><br>   Defendants. | Case No.: 2:14-CV-01614-PSG-AGR<br><br>[PROPOSED] FINAL JUDGMENT |

[PROPOSED] FINAL JUDGMENT

1  IT IS hereby ORDERED and DECREED, that Plaintiff CHRIST CENTER OF DIVINE PHILOSOPHY, INC. shall take from Defendants:

1. The amount of Five Thousand Two Hundred and Seventy-Six Dollars ($5,276.00) including costs and reasonable attorneys' fees; and
2. Shall be granted the relief requested in paragraph 1 of the prayer for relief in the Complaint, namely a permanent injunction enjoining and restraining Defendants and all persons acting in concert with them from manufacturing, reproducing, distributing, adapting, displaying, advertising, promoting, offering for sale and/or selling, or performing any materials that are substantially similar to the book, *Meditation—Ancient Teachings of the Masters* by Audle Allison (U.S. Copyright Reg. No. A 742095), and to deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in Defendants' possession or control.

This judgment is final pursuant to Fed. R. Civ. P. Rule 54.

Date: 5/8/14

**PHILIP S. GUTIERREZ**
Philip S. Gutierrez
United States District Judge

Presented by:

Dated: May 3, 2014

GONZALEZ SAGGIO & HARLAN, LLP

By:  /s/ Don A. Hernandez
Don A. Hernandez,
Kristin L. Petersen
Attorneys for Plaintiff,
Christ Church of Divine Philosophy, Inc.

Approved as to form, subject to reservation of rights on appeal.

Dated: May 3, 2014

1

**[PROPOSED] FINAL JUDGMENT**

1
2  By: _____
3  Paul D. Supnik
   Attorney for Defendants
4  Dr. Bhagat Singh Thind Spiritual Science
    Foundation, David Bhagat Thind, and
5  Justin Thind

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28